**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

| In re: | § | |
|---|---|---|
| | § | |
| FARRELL, TIMOTHY J. | § | Case No. 12-42851 |
| | § | |
| Debtor(s) | § | |

**SUCCESSOR TRUSTEE'S FINAL REPORT (TFR)**

The undersigned successor trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 10/29/2012 . The undersigned trustee was appointed on 11/07/2014 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $ 10,000.00

Funds were disbursed in the following amounts:

| | | |
|---|---|---|
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 293.00 |
| Bank service fees | | 131.76 |
| Other payments to creditors | | 0.00 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 0.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 9,575.24 |

The remaining funds are available for distribution.

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 03/18/2014 and the deadline for filing governmental claims was 03/18/2014 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,750.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 1,750.00 , for a total compensation of $ 1,750.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/22/2015 By:/s/Elizabeth C. Berg, Successor Trustee
Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**



Exhibit A

Case No: 12-42851 DRC Judge: DONALD R. CASSLING
Case Name: FARRELL, TIMOTHY J.

For Period Ending: 02/22/15

Trustee Name: Elizabeth C. Berg, Succ. Trustee
Date Filed (f) or Converted (c): 10/29/12 (f)
341(a) Meeting Date: 12/17/12
Claims Bar Date: 03/18/14

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Cash | 400.00 | 0.00 | | 0.00 | FA |
| 2. checking acct. - US Bank | 22.00 | 22.00 | | 0.00 | FA |
| 3. savings acct. - US Bank | 90.00 | 0.00 | | 0.00 | FA |
| 4. checking acct. - Chase Bank | 40.00 | 0.00 | | 0.00 | FA |
| 5. checking acct. - Chase Bank | 48.00 | 0.00 | | 0.00 | FA |
| 6. checking acct. - TFC Bank | 120.00 | 0.00 | | 0.00 | FA |
| 7. checking acct. - KCTCU | 80.00 | 0.00 | | 0.00 | FA |
| 8. Household Goods | 1,000.00 | 0.00 | | 0.00 | FA |
| 9. Wearing Apparel | 150.00 | 0.00 | | 0.00 | FA |
| 10. Jewelry | 50.00 | 0.00 | | 0.00 | FA |
| 11. Insurance Policiy - Metropolitan Life | 1,712.00 | 0.00 | | 0.00 | FA |
| 12. Insurance Policiy Met Life | 0.00 | 0.00 | | 0.00 | FA |
| 13. IRA - Met Life | 458.00 | 0.00 | | 0.00 | FA |
| 14. stock: Trust Guard Group, Ltd. | 0.00 | 0.00 | | 0.00 | FA |
| 15. 2008 Chevy Cobalt | 5,549.00 | 0.00 | | 0.00 | FA |
| 16. Office Equipment | 200.00 | 200.00 | | 0.00 | FA |
| 17. fraudulent transfer claim - Maria Farrell (u) | 0.00 | 0.00 | | 10,000.00 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $9,919.00 | $222.00 | | $10,000.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Upon case filing, Joseph Voiland was appointed as chapter 7 trustee; Trustee Voiland filed an adversary complaint

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**



Exhibit A

Case No: 12-42851 DRC Judge: DONALD R. CASSLING
Case Name: FARRELL, TIMOTHY J.

Trustee Name: Elizabeth C. Berg, Succ.Trustee
Date Filed (f) or Converted (c): 10/29/12 (f)
341(a) Meeting Date: 12/17/12
Claims Bar Date: 03/18/14

against the Debtor's ex--spouse to recover fraudulent conveyance (Case No. 13 A 00262); pursuant to this Court's order dated November 21, 2013, the adversary case was settled for $10,000 payable in installments; Trustee Voiland resigned in November 2014 and Ms. Berg was appointed as the successor trustee; Trustee Berg recovered the final installment payment due pursuant to the settlement of the adversary; upon receipt of all monies, the successor trustee reviewed claims and prepared the TFR

Initial Projected Date of Final Report (TFR): 06/15/14 Current Projected Date of Final Report (TFR): 04/01/15

FORM 2

Page: 1

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 12-42851 -DRC
Case Name: FARRELL, TIMOTHY J.

Taxpayer ID No: *******6991
For Period Ending: 02/22/15

Trustee Name: Elizabeth C. Berg, Succ. Trustee
Bank Name: Associated Bank
Account Number / CD #: *******6610 Checking Account (Non-Interest Earn

Blanket Bond (per case limit):
Separate Bond (if applicable): $ 50,000,000.00

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/04/14 | 17 | MARIA E. FARRELL<br>934 TIERNEY LANE<br>BATAVIA, IL 60510-3393 | SETTLEMENT - FRADULENT TRANSFER | 1241-000 | 840.00 | | 840.00 |
| 12/10/14 | | Joseph Voiland, Former Trustee<br>1625 Wing Road<br>Yorkville IL 60560 | Transfer Funds from Prior TR | 9999-000 | 9,028.21 | | 9,868.21 |
| 12/11/14 | | Transfer from Acct #*******1974 | Bank Funds Transfer<br>The $0.03 was always in account and represents an adjustment being made on account of Bank error in reporting amount of bank service fee to TR. Original entry reversed in acct no. 1974. This entry required to properly balance TR database checking account. ~JMM | 9999-000 | 0.03 | | 9,868.24 |
| 02/19/15 | 001001 | Clerk of the U.S. Bankruptcy Court<br>219 S. Dearborn Street<br>7th Floor<br>Chicago IL 60604 | Deferred Filing Fee<br>Adversary Case No. 13-00262<br>Filing Fee deferred by prior TR for fraudulent transfer adversary. | 2700-001 | | 293.00 | 9,575.24 |

| | Deposits | Disbursements | Balance |
|---|---|---|---|
| COLUMN TOTALS | 9,868.24 | 293.00 | 9,575.24 |
| Less: Bank Transfers/CD's | 9,028.24 | 0.00 | |
| Subtotal | 840.00 | 293.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 840.00 | 293.00 | |

FORM 2

Page: 2

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 12-42851 -DRC
Case Name: FARRELL, TIMOTHY J.

Taxpayer ID No: *******6991
For Period Ending: 02/22/15

Trustee Name: Elizabeth C. Berg, Succ. Trustee
Bank Name: Associated Bank
Account Number / CD #: *******1974 Checking Account

Blanket Bond (per case limit):
Separate Bond (if applicable): $ 50,000,000.00

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/12/14 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 5,790.00 | | 5,790.00 |
| 03/20/14 | 17 | Maria Elena Farrell | Install - settlement fraud transf | 1241-000 | 420.00 | | 6,210.00 |
| 04/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,200.00 |
| 04/16/14 | 17 | Maria Farrell | Install - settlement fraud transf | 1241-000 | 400.00 | | 6,600.00 |
| 05/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,590.00 |
| 05/14/14 | 17 | Maria Farrell | Install - settlement fraud transf | 1241-000 | 420.00 | | 7,010.00 |
| 06/06/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.16 | 6,999.84 |
| 06/26/14 | 17 | Maria Farrell | Install - settlement fraud transf | 1241-000 | 420.00 | | 7,419.84 |
| 07/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.45 | 7,409.39 |
| 07/16/14 | 17 | Maria Elena Farrell | Install - settlement fraud transf | 1241-000 | 420.00 | | 7,829.39 |
| 08/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 11.32 | 7,818.07 |
| 09/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 11.62 | 7,806.45 |
| 09/11/14 | 17 | Maria Farrell | Install - settlement fraud transf | 1241-000 | 420.00 | | 8,226.45 |
| 09/11/14 | 17 | Maria Farrell | Install - settlement fraud transf | 1241-000 | 420.00 | | 8,646.45 |
| 10/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 12.04 | 8,634.41 |
| 10/16/14 | 17 | Maria Farrell | Install - settlement fraud transf | 1241-000 | 420.00 | | 9,054.41 |
| 11/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 13.16 | 9,041.25 |
| * 12/05/14 | | ASSOCIATED BANK | December 2014 Bank Fees Reversed due to bank error in reporting amount of service fee. Actual fee = $ 13.01. Corrected bank fee posted on 12/11/14. ECB | 2600-003 | | 13.04 | 9,028.21 |
| 12/10/14 | 003001 | Elizabeth C. Berg Successor Trustee 20 N. Clark St. #200 Chicago IL 60603 | Transfer Funds to Successor TR | 9999-000 | | 9,028.21 | 0.00 |
| 12/11/14 | | ASSOCIATED BANK | December 2014 Bank Fees Transaction is correcting the original $13.04 that was posted to TR's database as $13.01 . The actual amount | 2600-000 | | 13.01 | -13.01 |

FORM 2

Page: 3

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 12-42851 -DRC
Case Name: FARRELL, TIMOTHY J.

Taxpayer ID No: *******6991
For Period Ending: 02/22/15

Trustee Name: Elizabeth C. Berg, Succ. Trustee
Bank Name: Associated Bank
Account Number / CD #: *******1974 Checking Account

Blanket Bond (per case limit):
Separate Bond (if applicable): $ 50,000,000.00

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | of bank service fee for December 2014 was $13.01 but erroneously reported by Bank to TR as $13.04. This entry corrects prior reversed entry of 12/5/14. ECB | | | | |
| * 12/11/14 | | Reverses Adjustment OUT on 12/05/14 | December 2014 Bank Fees<br>Associated Bank originally advised bank fee was $13.04 when it actually was $13.01. Reversing this entry and entering correct bank service fee to balance out the accounts in TCMS. ~JMM 12/11/14 | 2600-003 | | -13.04 | 0.03 |
| 12/11/14 | | Transfer to Acct #*******6610 | Bank Funds Transfer<br>The $0.03 was always in account and represents an adjustment being made on account of Bank error in reporting amount of bank service fee to TR. Original entry reversed in acct no. 1974. This entry required to properly balance TR database checking account. ~JMM | 9999-000 | | 0.03 | 0.00 |

| | Deposits ($) | Disbursements ($) | Balance ($) |
|---|---|---|---|
| COLUMN TOTALS | 9,130.00 | 9,130.00 | 0.00 |
| Less: Bank Transfers/CD's | 5,790.00 | 9,028.24 | |
| Subtotal | 3,340.00 | 101.76 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 3,340.00 | 101.76 | |

FORM 2



Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 12-42851 -DRC
Case Name: FARRELL, TIMOTHY J.

Taxpayer ID No: *******6991
For Period Ending: 02/22/15

Trustee Name: Elizabeth C. Berg, Succ. Trustee
Bank Name: UNKNOWN BANK
Account Number / CD #: *******0465 Checking Account

Blanket Bond (per case limit):
Separate Bond (if applicable): $ 50,000,000.00

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/12/13 | 17 | Maria Elena Farrell | Install - settlement fraud transf | 1241-000 | 5,000.00 | | 5,000.00 |
| 01/31/14 | | cb | bank service fee | 2600-000 | | 10.00 | 4,990.00 |
| 02/04/14 | 17 | Maria Elena Farrell | Install - settlement fraud transf | 1241-000 | 420.00 | | 5,410.00 |
| 02/26/14 | 17 | Maria Elena Farrell | Install - settlement fraud transf | 1241-000 | 400.00 | | 5,810.00 |
| 02/28/14 | | cb | bank service fee | 2600-000 | | 10.00 | 5,800.00 |
| 03/11/14 | | cb | bank service fee | 2600-000 | | 10.00 | 5,790.00 |
| 03/12/14 | | Trsf To Associated Bank | FINAL TRANSFER | 9999-000 | | 5,790.00 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 5,820.00 | 5,820.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 5,790.00 | |
| Subtotal | 5,820.00 | 30.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 5,820.00 | 30.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account (Non-Interest Earn - ********6610 | 840.00 | 293.00 | 9,575.24 |
| Checking Account - ********1974 | 3,340.00 | 101.76 | 0.00 |
| Checking Account - ********0465 | 5,820.00 | 30.00 | 0.00 |
| | 10,000.00 | 424.76 | 9,575.24 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Date: February 22, 2015

Case Number: 12-42851
Debtor Name: FARRELL, TIMOTHY J.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>2100-00 | Elizabeth C. Berg, Successor Trustee<br>c/o Baldi Berg, Ltd.<br>20 N. Clark Street #200<br>Chicago IL 60602 | Administrative | | $1,750.00 | $0.00 | $1,750.00 |
| | Subtotal for Class Administrative | | | $1,750.00 | $0.00 | $1,750.00 |
| 000004A<br>046<br>5800-00 | IRS<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Priority | | $15,307.50 | $0.00 | $15,307.50 |
| 000006A<br>046<br>5800-00 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, Illinois 60664-0338 | Priority | | $780.10 | $0.00 | $780.10 |
| | Subtotal for Class Priority | | | $16,087.60 | $0.00 | $16,087.60 |
| 000001<br>070<br>7100-00 | Atlas Acquisitions LLC (HSBC BANK NEVADA NA)<br>294 Union St.<br>Hackensack, NJ 07601 | Unsecured | | $2,167.03 | $0.00 | $2,167.03 |
| 000002<br>070<br>7100-00 | Maria Elena Farrell<br>Elizabeth A Bates<br>Springer Brown, LLC<br>400 S County Farm Rd, Suite 330<br>Wheaton, IL 60187 | Unsecured | (2-1) November 21, 2013 Order Approving Settlement<br>(2-1) Modified on 12/19/2013 to correct creditor name/address per claim, FR | $10,000.00 | $0.00 | $10,000.00 |
| 000003<br>070<br>7100-00 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $4,888.81 | $0.00 | $4,888.81 |
| 000004<br>070<br>7100-00 | IRS<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Unsecured | | $1,715.81 | $0.00 | $1,715.81 |
| 000005<br>070<br>7100-00 | Asset Acceptance LLC assignee BANK OF<br>AMERICA<br>PO Box 2036<br>Warren, MI 48090 | Unsecured | | $18,292.62 | $0.00 | $18,292.62 |
| 000006<br>070<br>7100-00 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, Illinois 60664-0338 | Unsecured | | $60.68 | $0.00 | $60.68 |
| 000007<br>070<br>7100-00 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | (7-1) CREDIT CARD DEBT | $2,626.93 | $0.00 | $2,626.93 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Date: February 22, 2015

Case Number: 12-42851
Debtor Name: FARRELL, TIMOTHY J.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000008<br>070<br>7100-00 | Dell Financial Services, LLC<br>Resurgent Capital Services<br>PO Box 10390<br>Greenville, SC 29603-0390 | Unsecured | | $676.20 | $0.00 | $676.20 |
| 000009<br>070<br>7100-00 | Portfolio Recovery Associates, LLC<br>successor to CAPITAL ONE BANK, N.A.<br>PO Box 41067<br>Norfolk, VA 23541 | Unsecured | | $2,596.73 | $0.00 | $2,596.73 |
| 000010<br>070<br>7100-00 | Portfolio Recovery Associates, LLC<br>successor to HSBC BANK NEVADA, N.A.<br>PO Box 41067<br>Norfolk, VA 23541 | Unsecured | | $763.62 | $0.00 | $763.62 |
| 000011<br>070<br>7100-00 | Cavalry SPV I, LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595 | Unsecured | (11-1) Cavalry SPV I, LLC as assignee of Wells Fargo Bank, N.A. | $14,560.00 | $0.00 | $14,560.00 |
| 000012<br>070<br>7100-00 | Portfolio Investments II LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Unsecured | (12-1) GE Capital Corp. | $1,634.92 | $0.00 | $1,634.92 |
| 000013<br>070<br>7100-00 | Portfolio Investments II LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Unsecured | (13-1) Chase Bank | $3,942.25 | $0.00 | $3,942.25 |
| 000014<br>080<br>7200-00 | Credit First NA<br>Po Box 818011<br>Cleveland, OH 44181 | Unsecured | | $1,219.67 | $0.00 | $1,219.67 |
| | Subtotal for Class Unsecured | | | $65,145.27 | $0.00 | $65,145.27 |
| | Case Totals: | | | $82,982.87 | $0.00 | $82,982.87 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

## SUCCESSOR TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-42851
Case Name: FARRELL, TIMOTHY J.
Trustee Name: Elizabeth C. Berg, Succ. Trustee

Balance on hand $ 9,575.24

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Elizabeth Berg, Succ. Trustee | $ 1,750.00 | $ 0.00 | $ 1,750.00 |

Total to be paid for chapter 7 administrative expenses $ 1,750.00

Remaining Balance $ 7,825.24

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 16,087.60 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000004A | IRS | $ 15,307.50 | $ 0.00 | $ 7,445.79 |
| 000006A | Illinois Department of Revenue | $ 780.10 | $ 0.00 | $ 379.45 |

| | | |
|---|---|---|
| Total to be paid to priority creditors | $ | 7,825.24 |
| Remaining Balance | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 63,925.60 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Atlas Acquisitions LLC (HSBC BANK | $ 2,167.03 | $ 0.00 | $ 0.00 |
| 000002 | Maria Elena Farrell | $ 10,000.00 | $ 0.00 | $ 0.00 |
| 000003 | Discover Bank | $ 4,888.81 | $ 0.00 | $ 0.00 |
| 000005 | Asset Acceptance LLC assignee BANK OF | $ 18,292.62 | $ 0.00 | $ 0.00 |
| 000007 | American Express Bank, FSB | $ 2,626.93 | $ 0.00 | $ 0.00 |
| 000008 | Dell Financial Services, LLC | $ 676.20 | $ 0.00 | $ 0.00 |
| 000009 | Portfolio Recovery Associates, LLC | $ 2,596.73 | $ 0.00 | $ 0.00 |
| 000010 | Portfolio Recovery Associates, LLC | $ 763.62 | $ 0.00 | $ 0.00 |
| 000011 | Cavalry SPV I, LLC | $ 14,560.00 | $ 0.00 | $ 0.00 |
| 000012 | Portfolio Investments II LLC | $ 1,634.92 | $ 0.00 | $ 0.00 |
| 000013 | Portfolio Investments II LLC | $ 3,942.25 | $ 0.00 | $ 0.00 |
| 000004 | IRS | $ 1,715.81 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000006 | Illinois Department of Revenue | $ 60.68 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors $ 0.00

Remaining Balance $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 1,219.67 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000014 | Credit First NA | $ 1,219.67 | $ 0.00 | $ 0.00 |

Total to be paid to tardy general unsecured creditors $ 0.00

Remaining Balance $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE