## UNITED STATES BANKRUPTCY COURT
### NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| FARRELL, TIMOTHY J. | § | Case No. 12-42851 |
| | § | |
| Debtor(s) | § | |

### NOTICE OF SUCCESSOR TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Elizabeth C. Berg, successor trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of the U.S. Bankruptcy Court
219 S. Dearborn Street
7th Floor
Chicago   IL   60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at :

10:30 a.m.
on Friday, April 3, 2015
in Courtroom 240 of the Kane County Courthouse
100 South 3rd Street, Geneva, Illinois

If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____          By: _Jeffrey P. Allsteadt_____

_Elizabeth C. Berg,  Successor Trustee_
_20 N. Clark St., Suite 200_
_Chicago, IL 60602_

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| FARRELL, TIMOTHY J. | § | Case No. 12-42851 |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF SUCCESSOR TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 10,000.00 |
| and approved disbursements of | $ | 424.76 |
| leaving a balance on hand of[1] | $ | 9,575.24 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Elizabeth Berg, Succ. Trustee | $       1,750.00 | $       0.00 | $       1,750.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 1,750.00 |
| Remaining Balance | $ | 7,825.24 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 16,087.60  must be paid in advance of any dividend to general (unsecured) creditors.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000004A | IRS | $ 15,307.50 | $ 0.00 | $ 7,445.79 |
| 000006A | Illinois Department of Revenue | $ 780.10 | $ 0.00 | $ 379.45 |

Total to be paid to priority creditors                                    $ 7,825.24

Remaining Balance                                                                 $ 0.00


The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 63,925.60  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Atlas Acquisitions LLC (HSBC BANK | $ 2,167.03 | $ 0.00 | $ 0.00 |
| 000002 | Maria Elena Farrell | $ 10,000.00 | $ 0.00 | $ 0.00 |
| 000003 | Discover Bank | $ 4,888.81 | $ 0.00 | $ 0.00 |
| 000005 | Asset Acceptance LLC assignee BANK OF | $ 18,292.62 | $ 0.00 | $ 0.00 |
| 000007 | American Express Bank, FSB | $ 2,626.93 | $ 0.00 | $ 0.00 |
| 000008 | Dell Financial Services, LLC | $ 676.20 | $ 0.00 | $ 0.00 |
| 000009 | Portfolio Recovery Associates, LLC | $ 2,596.73 | $ 0.00 | $ 0.00 |
| 000010 | Portfolio Recovery Associates, LLC | $ 763.62 | $ 0.00 | $ 0.00 |
| 000011 | Cavalry SPV I, LLC | $ 14,560.00 | $ 0.00 | $ 0.00 |
| 000012 | Portfolio Investments II LLC | $ 1,634.92 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000013 | Portfolio Investments II LLC | $ 3,942.25 | $ 0.00 | $ 0.00 |
| 000004 | IRS | $ 1,715.81 | $ 0.00 | $ 0.00 |
| 000006 | Illinois Department of Revenue | $ 60.68 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors      $_____0.00

Remaining Balance      $_____0.00

Tardily filed claims of general (unsecured) creditors totaling $ 1,219.67 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000014 | Credit First NA | $ 1,219.67 | $ 0.00 | $ 0.00 |

Total to be paid to tardy general unsecured creditors      $_____0.00

Remaining Balance      $_____0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/_____
Elizabeth C. Berg, Successor Trustee


*Elizabeth C. Berg, Successor Trustee*
*20 N. Clark St., Suite 200*
*Chicago, IL 60602*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 12-42851-DRC
Timothy J. Farrell                                                        Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: wepps          Page 1 of 4          Date Rcvd: Mar 10, 2015
                             Form ID: pdf006       Total Noticed: 123


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 12, 2015.
```
db            #+Timothy J. Farrell,   418 Ford Street,   Geneva, IL 60134-1342
19626470       +A. Trojanowska MD,   1001 East Wilson Street,   #180,   Batavia, IL 60510-3168
19626471       +A.S. Kerpe MD,   1725 South Street,   Suite D,   Geneva, IL 60134-2584
19626480        ARS National Services Inc.,   PO Box 463023,   Escondido, CA 92046-3023
19626483       +ATG Credit,   PO Box 14895,   Chicago, IL 60614-8542
19626474       +Alexian Brothers,   1555 Barrington Road,   Hoffman Estates, IL 60169-1020
19626475       +Alexian Brothers Behavioral Health,   1650 Moon Lake Blvd,   Hoffman Estates, IL 60169-1010
19626476       +Alliance Laboratory LTD,   8085 Rivers Avenue,   Suite 100,   Charleston, SC 29406-9239
19626477        Allied Interstate,   Box 1962,   Southgate, MI 48195-0962
19626479       +American Express,   Box 0001,   Los Angeles, CA 90096-8000
21524467        American Express Bank, FSB,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
19626482        Associates In Psychiatry,   2050 Larkin Ave.,   Suite 202,   Elgin, IL 60123-5899
21342143       +Atlas Acquisitions LLC (HSBC BANK NEVADA NA),   294 Union St.,   Hackensack, NJ 07601-4303
19626484       +Bank of America,   PO Box 15019,   Wilmington, DE 19886-5019
19626486       +Bank of America,   PO box 5170,   Simi Valley, CA 93062-5170
19626487        Best Buy,   PO Box 15521,   Wilmington, DE 19850-5521
19626488        Best Buy/Chase,   PO Box 15325,   Wilmington, DE 19886-5325
19626489        Blatt, Hasemiller, Leibsker & Moore,   125 S Wacker Dr,   Ste 400,   Chicago, IL 60606-4440
19626575      ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
               (address filed with court:  Office Depot,   PO Box 689020,   Des Moines, IA 50368)
19626493        Capital One,   PO Box 71083,   Charlotte, NC 28272-1083
19626498       +Chase,   PO Box 15153,   Wilmington, DE 19886-5153
19626502        Circuit City,   PO Box 15325,   Wilmington, DE 19886-5325
19626503       +Client Services Inc.,   3451 Harry Truman Blvd.,   Saint Charles, MO 63301-9816
19626504        Corporate Receivables, Inc.,   PO Box 32995,   Phoenix, AZ 85064-2995
19626505        Country Living/Hearst Magazine,   PO Box 6000,   Harlan, IA 51593-1500
21697119       +Credit First NA,   Po Box 818011,   Cleveland, OH 44181-8011
19626506       +Creditors Financial Group,   PO Box 440290,   Aurora, CO 80044-1500
19626509      ++DELL FINANCIAL SERVICES,   P O BOX 81577,   AUSTIN TX 78708-1577
               (address filed with court:  Dell,   PO Box 6403,   Carol Stream, IL 60197)
19626510       +Delnor Community Hospital,   300 Randall Road,   Geneva, IL 60134-4202
19626511        Delnor Hospital,   PO Box 88055,   Chicago, IL 60680-1055
19626512       +Dennis Lazzara DDS,   1129 Randall Court,   Geneva, IL 60134-3911
19626513        Direct Merchants,   PO Box 17313,   Baltimore, MD 21297-1313
19626516       +Dreyer Medical Clinic,   1870 W. Galena Blvd.,   Aurora, IL 60506-4387
19626517       +Echelon Recovery,   PO Box 1880,   Voorhees, NJ 08043-7880
19626519       +Encore Receivable Management,   Box 3330,   Olathe, KS 66063-3330
19626525        Everyday Food Magazine,   PO Box 62141,   Tampa, FL 33662-2141
19626529       +FMS Inc.,   4915 South Union Ave.,   Tulsa, OK 74107-7839
19626527        Firestone/Credit First NA,   PO Box 81344,   Cleveland, OH 44188-0344
19626528       +First Source Advantage,   205 Bryant Woods South,   Amherst, NY 14228-3609
19626531        Fox Valley Pain Center,   PO Box 6078,   Elgin, IL 60121-6078
19626534       +Gastrointestinal Health Associates,   302 Randall Road,   #308,   Geneva, IL 60134-4205
19626535        ICS Collection Service,   PO Box 1010,   Tinley Park, IL 60477-9110
19626536      ++ILLINOIS DEPARTMENT OF REVENUE,   BANKRUPTCY DEPARTMENT,   P O BOX 64338,
                 CHICAGO IL 60664-0338
               (address filed with court:  Illinois Dept. of Revenue,   Box 19043,
                 Springfield, IL 62794-9043)
21434800        Illinois Department of Revenue Bankruptcy Section,   P.O. Box 64338,
                 Chicago, Illinois 60664-0338
19626538       +KCA financial,   P.O. Box 53,   Geneva, IL 60134-0053
19626542       +LDG Financial Services,   7001 Peachtree Industrial Blvd.,   Norcross, GA 30092-6637
19626539        Laboratory Physicians,   PO Box 10200,   Peoria, IL 61612-0200
19626540       +Law Office of Brian S. Glass PC,   PO Box 59440,   Chicago, IL 60659-0440
19626548        MEA-AEA LLC,   PO Box 5990,   Dept. 20-6003,   Carol Stream, IL 60197-5990
19626556       +MRS Associates of New Jersey,   1930 Olney Avenue,   Cherry Hill, NJ 08003-2016
19626544       +Malcolm Gerald & Assoc.,   332 S. Michigan, Ste. 600,   Chicago, IL 60604-4318
19626546       +Maria Elena Farrell,   Elizabeth A Bates,   Springer Brown, LLC,
                 400 S County Farm Rd, Suite 330,   Wheaton, IL 60187-4547
19626547       +Maria Elena Farrell,   934 Tierney Ln.,   Batavia, IL 60510-3393
19626549       +Menards,   PO Box 5243,   Carol Stream, IL 60197-5243
19626551       +Michael D. Fine,   131 South Dearborn,   Chicago, IL 60603-5571
19626550       +Michael D. Fine,   131 South Dearborn,   Floor 5,   Chicago, IL 60603-5571
19626565        NES of Ohio,   29125 Solon Rd.,   Solon, OH 44139-3442
19626573        NTB Credit Plan,   Processing Center,   Des Moines, IA 50364-0001
19626557        National Action Financial Services,   Box 9027,   Buffalo, NY 14231-9027
19626558        National Action Financial Services,,   PO Box 9027,   Williamsville, NY 14231-9027
19626559       +National Enterprise Systems,   29125 Solon Rd.,   Solon, OH 44139-3442
19626560        Nationwide Credit, Inc.,   2015 Vaughn RD. NW, Ste. 400,   Kennesaw, GA 30144-7802
19626564       +Neopath SC,   520 East 22nd Street,   Lombard, IL 60148-6110
19626566        Neurosurgery & Spine Surgery,   1551 Bond Street,   Suite 143,   Naperville, IL 60563-0150
19626568       +Newegg.com,   PO Box 105658,   Atlanta, GA 30348-5658
19626569       +Northland Group,   Box 390846,   Minneapolis, MN 55439-0846
19626570       +Northland Group Inc.,   P.O. Box 390905,   Minneapolis, MN 55439-0905
```

```
District/off: 0752-1          User: wepps          Page 2 of 4          Date Rcvd: Mar 10, 2015
                             Form ID: pdf006       Total Noticed: 123


19626571      Northstar Location Services, LLC,   Attn: Financial Services Dept.,   4285 Genesee St.,
              Cheektowaga, NY 14225-1943
19626574     #+OAC,   PO Box 371100,   Milwaukee, WI 53237-2200
19626579     ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
              (address filed with court: Portfolio Recovery,   120 Corporate Blvd.,   Ste. 100,
              Norfolk, VA 23502)
19626577      +Phillips & Cohen,   1002 Justison Street,   Wilmington, DE 19801-5148
19626580       RGS Collections,   PO Box 852039,   Richardson, TX 75085-2039
19626581      +RMS,   240 Emery Street,   PO Box 20410,   Lehigh Valley, PA 18002-0410
19626585      +SRA Associates,   401 Minnetonka Rd.,   HI Nella, NJ 08083-2914
19626582      +Sage Capital Recovery,   1040 Kings Hwy. North,   Cherry Hill, NJ 08034-1908
19626583     #+Scott Lowery Law Office PC,   1422 E. 71st. St.,   Suite B,   Tulsa, OK 74136-5060
19626584      +Sears,   PO Box 183082,   Columbus, OH 43218-3082
19626586      +St. Alexius Medical Center,   1555 Barrington Road,   Hoffman Estates, IL 60169-1099
19626587      +State Collection Service,   2509 S. Stoughton,   Madison, WI 53716-3314
19626588      +State Collection Service, Inc.,   2509 S. Stroughton Rd.,   Madison, WI 53716-3314
19626589      +Streamline Capital Partners,   c/o Offices of Brian S. Glass, PC,
              7366 N. Lincoln Ave. Suite 300,   Lincolnwood, IL 60712-1740
19626590       Sunrise Credit Services Inc.,   PO Box 9100,   Farmingdale, NY 11735-9100
19626591      +Superior Ambulance Service,   PO Box 1407,   Elmhurst, IL 60126-8407
19626592       Tate & Kirlin Assoc.,   2810 Southampton Rd.,   Philadelphia, PA 19154-1207
19626593      +The Law Offices of Brian S. Glass,   PO Box 59440,   Chicago, IL 60659-0440
19626594      +The Sindler Law Firm,   1990 E. Algonquin Road,   Suite #180,   Schaumburg, IL 60173-4164
19626595      +Tiger,   800 Walnut Street,   F4030-04C,   Des Moines, IA 50309-3605
19626596      +Tri City Radiology,   825 W State Street,   Geneva, IL 60134-2078
19626597       Tri-City Ambulance,   PO Box 457,   Wheeling, IL 60090-0457
19626600     ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
              (address filed with court: US Bank,   PO Box 790408,   Saint Louis, MO 63179)
19626598      +United Recovery Service LLC,   18525 Torrence Avenue,   Suite C-6,   Lansing, IL 60438-2891
19626601      +Valley Emergency Care,   PO Box 809239,   Chicago, IL 60680-9201
19626603      +Wells Fargo,   PO Box 98752,   Las Vegas, NV 89193-8752
19626602      +Wells Fargo,   PO Box 98791,   Las Vegas, NV 89193-8791

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19626473      E-mail/Text: bkr@cardworks.com Mar 11 2015 01:25:10    Advanta,   PO Box 8088,
              Philadelphia, PA 19101
19626472     +E-mail/PDF: gecsedi@recoverycorp.com Mar 11 2015 01:18:55    Aamco/GE,   PO Box 960061,
              Orlando, FL 32896-0061
19626478     +E-mail/Text: ally@ebn.phinsolutions.com Mar 11 2015 01:25:22    Ally,   PO Box 951,
              Horsham, PA 19044-0951
19626481     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Mar 11 2015 01:26:09    Asset Acceptance LLC,
              PO Box 2036,   Warren, MI 48090-2036
21409425     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Mar 11 2015 01:26:09
              Asset Acceptance LLC assignee BANK OF AMERICA,   PO Box 2036,   Warren, MI 48090-2036
19877877     +E-mail/Text: bnc@atlasacq.com Mar 11 2015 01:25:29    Atlas Acquisitions LLC,   294 Union St.,
              Hackensack, NJ 07601-4303
19626490     +E-mail/Text: cms-bk@cms-collect.com Mar 11 2015 01:25:50    Capital Management,
              726 Exchange Street,   Suite 700,   Buffalo, NY 14210-1464
19626492     +E-mail/Text: cms-bk@cms-collect.com Mar 11 2015 01:25:50    Capital Management Services,
              726 Exchange St., Ste. 700,   Buffalo, NY 14210-1464
19626495     +E-mail/Text: bkr@cardworks.com Mar 11 2015 01:25:10    Cardworks Servicing,   PO Box 9201,
              Old Bethpage, NY 11804-9001
19626496     +E-mail/Text: bkr@cardworks.com Mar 11 2015 01:25:10    Carson Smithfield LLC,   PO Box 9216,
              Old Bethpage, NY 11804-9016
19626497     +E-mail/Text: bankruptcy@cavps.com Mar 11 2015 01:26:58    Cavalry Portfolio SVCS, LLC,
              PO Box 1017,   Hawthorne, NY 10532-7504
21665819     +E-mail/Text: bankruptcy@cavps.com Mar 11 2015 01:26:58    Cavalry SPV I, LLC,
              500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-1340
19626514     +E-mail/PDF: mrdiscen@discover.com Mar 11 2015 01:24:11    Discover,   PO Box 6103,
              Carol Stream, IL 60197-6103
21345826      E-mail/PDF: mrdiscen@discover.com Mar 11 2015 01:24:11    Discover Bank,
              DB Servicing Corporation,   PO Box 3025,   New Albany, OH 43054-3025
19626521     +E-mail/Text: bknotice@erccollections.com Mar 11 2015 01:26:24    Enhanced Recovery Co. LLC,
              8014 Bayberry Road,   Jacksonville, FL 32256-7412
19626526     +E-mail/Text: data_processing@fin-rec.com Mar 11 2015 01:25:50
              Financial Recovery Services, INc.,   PO Box 385908,   Minneapolis, MN 55438-5908
19626533      E-mail/Text: bankruptcy@firstelectronicbankusa.com Mar 11 2015 01:27:57    Frys,   PO Box 760,
              Draper, UT 84020-0760
20729974      E-mail/PDF: gecsedi@recoverycorp.com Mar 11 2015 01:18:55    GE Capital Retail Bank,   (AAMCO),
              C/O Recovery Management Systems Corporat,   25 S.E. 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
19626537      E-mail/Text: cio.bncmail@irs.gov Mar 11 2015 01:25:42    IRS,   P.O. Box 7346,
              Philadelphia, PA 19101-7346
19626543     +E-mail/Text: ebn@ltdfin.com Mar 11 2015 01:25:51    LTD Financial,
              7322 Southwest Freeway #1600,   Houston, TX 77074-2134
19626553     +E-mail/Text: bankruptcydpt@mcmcg.com Mar 11 2015 01:26:14    MIdland Credit,   8875 Aero Drive,
              San Diego, CA 92123-2255
19626554      E-mail/Text: bankruptcydpt@mcmcg.com Mar 11 2015 01:26:14    Midland Credit Management, Inc.,
              PO Box 60578,   Los Angeles, CA 90060-0578
```

```
District/off: 0752-1          User: wepps           Page 3 of 4          Date Rcvd: Mar 10, 2015
                             Form ID: pdf006        Total Noticed: 123
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
19626561        +E-mail/Text: bankruptcydepartment@ncogroup.com Mar 11 2015 01:26:40      NCO Financial,
                 507 Prudential Rd.,   Horsham, PA 19044-2368
19626562        +E-mail/Text: bankruptcydepartment@ncogroup.com Mar 11 2015 01:26:40      NCO Financial Systems,
                 507 Prudential Road,   Horsham, PA 19044-2368
19626563        +E-mail/Text: bankruptcydepartment@ncogroup.com Mar 11 2015 01:26:40
                 NCO Financial Systems Inc.,   5100 Peachtree Industrial Blvd.,   Norcross, GA 30071-5721
19626572        +E-mail/Text: clientservices@northwestcollectors.com Mar 11 2015 01:25:47
                 Northwest Collectors,   3601 Algonquin Rd.,   Suite 232,   Rolling Meadows, IL 60008-3143
21674882         E-mail/PDF: rmscedi@recoverycorp.com Mar 11 2015 01:18:57      Portfolio Investments II LLC,
                 c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
19626599         E-mail/Text: bnc@ursi.com Mar 11 2015 01:25:30      United Recovery Systems,   PO Box 722929,
                 Houston, TX 77272-2929
19626604        +E-mail/Text: BKRMailOps@weltman.com Mar 11 2015 01:26:26      Weltman, Weinberg & Reis Co., LP,
                 180 North LaSalle,   Suite 2400,   Chicago, IL 60601-2704
                                                                                      TOTAL: 29


                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19626501         Chase
19626545         Maria E. Farrell
19626485*       +Bank of America,   PO Box 15019,   Wilmington, DE 19886-5019
19626491*       +Capital Management,   726 Exchange Street,   Suite 700,   Buffalo, NY 14210-1464
19626494*        Capital One,   PO Box 71083,   Charlotte, NC 28272-1083
19626499*       +Chase,   PO Box 15153,   Wilmington, DE 19886-5153
19626500*        Chase,   PO Box 15153,   Wilmington, DE 19886-5153
19626507*       +Creditors Financial Group LLC,   PO Box 440290,   Aurora, CO 80044-1500
21629916*      ++DELL FINANCIAL SERVICES,   P O BOX 81577,   AUSTIN TX 78708-1577
                 (address filed with court: Dell Financial Services, LLC,   Resurgent Capital Services,
                  PO Box 10390,   Greenville, SC 29603-0390)
19626520*        Encore Receivable Management,   P.O. Box 1880,   Southgate, MI 48195-0880
19626523*        Enhanced Recovery Corp.,   8014 Bayberry Rd.,   Jacksonville, FL 32256-7412
19626522*        Enhanced Recovery Corp.,   8014 Bayberry Road,   Jacksonville, FL 32256-7412
19626524*        Enhanced Recovery Corp.,   8014 Bayberry Road,   Jacksonville, FL 32256-7412
19626552*       +Michael D. Fine,   131 South Dearborn,   Floor 5,   Chicago, IL 60603-5571
19626555*        Midland Credit Management, Inc.,   PO Box 60578,   Los Angeles, CA 90060-0578
19626578*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
                 (address filed with court: Portfolio Recovery,   Box 12914,   Norfolk, VA 23541)
21657981*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
                 (address filed with court: Portfolio Recovery Associates, LLC,
                  successor to CAPITAL ONE BANK, N.A.,   PO Box 41067,   Norfolk, VA 23541)
21657984*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
                 (address filed with court: Portfolio Recovery Associates, LLC,
                  successor to HSBC BANK NEVADA, N.A.,   PO Box 41067,   Norfolk, VA 23541)
19626508       ##+Creditors Interchange,   80 Holtz Dr.,   Buffalo, NY 14225-1470
19626515       ##+Dr. Anna Trojanowska,   1001 E. Wilson St.,   Suite 180,   Batavia, IL 60510-3168
19626518        ##Encore Receivable Management,   P.O. Box 1880,   Southgate, MI 48195-0880
19626530       ##+Fox Valley Childrens Medicine,   1180 West Wilson,   Batavia, IL 60510-7693
19626532       ##+Freedman Anselmo Lindberg & Rappe,   1807 W. Diehl Rd. Ste. 333,   Naperville, IL 60563-1890
19626541       ##+Law Offices of Kevin M. Kelly,   10 E. 22nd St.,   Suite 216,   Lombard, IL 60148-6108
19626567       ##+New Hope Recovery Center,   2835 N. Sheffield Ave.,   Suite 407,   Chicago, IL 60657-5084
19626576       ##+Pentagroup Financial,   5959 Corporate Dr Suite 1400.,   Houston, TX 77036-2311
                                                                          TOTALS: 2, * 16, ## 8
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 12, 2015                           Signature:  /s/Joseph Speetjens

District/off: 0752-1          User: wepps              Page 4 of 4              Date Rcvd: Mar 10, 2015
                             Form ID: pdf006          Total Noticed: 123

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 10, 2015 at the address(es) listed below:

          Bradley S Covey    on behalf of Debtor Timothy J. Farrell bradley.covey@gmail.com,
           susan@coveybankruptcy.com;sellis@springerbrown.com;sellis.springerbrown@gmail.com
          Elizabeth A. Bates    on behalf of Defendant Maria Elena Farrell ebates@springerbrown.com,
           jkrafcisin@springerbrown.com;iprice@springerbrown.com
          Elizabeth C Berg    bergtrustee@baldiberg.com,    eberg@ecf.epiqsystems.com,jmanola@baldiberg.com
          Joseph  Voiland    on behalf of Plaintiff Joseph R. Voiland jrvoiland@sbcglobal.net,
           jvoiland@ecf.epiqsystems.com
          Joseph A Baldi    on behalf of Plaintiff Joseph R. Voiland jabaldi@baldiberg.com,
           jmanola@baldiberg.com
          Joseph R Voiland    on behalf of Plaintiff Joseph R. Voiland jrvoiland@sbcglobal.net
          Joseph R Voiland    on behalf of Trustee Joseph  Voiland jrvoiland@sbcglobal.net
          Joshua D. Greene    on behalf of Defendant Maria Elena Farrell jgreene@springerbrown.com
          Meredith S Fox    on behalf of Defendant Maria Elena Farrell tspringer@springerbrown.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Rocio  Herrera    on behalf of Creditor    Bank of America, N.A. rocio@johnsonblumberg.com,
           bkecfnotices@johnsonblumberg.com
          Thomas E Springer    on behalf of Defendant Maria Elena Farrell tspringer@springerbrown.com,
           jkrafcisin@springerbrown.com

                                                                               TOTAL: 12