UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
 §
FARRELL, TIMOTHY J. § Case No. 12-42851
 §
 Debtor(s) §

**UWEEGUUQT" CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Elizabeth C. Berg, uweeguuqt chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter   on            . The case was pending for    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/Elizabeth C. Berg, Uweeguuqt"Trustee _____
                                             Uweeguuqt"Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Ally PO Box 951 Horsham, PA 19044 |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ELIZABETH C. BERG | | | | | |
| Associated Bank | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CLERK OF BANKRUPTCY COURT, NDIL | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000006A | ILLINOIS DEPARTMENT OF REVENUE BANK | | | | | |
| 000004A | IRS | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | A. Trojanowska MD 1001 East Wilson Street #180 Batavia, IL 60510 | | | | | |
| | A.S. Kerpe MD 1725 South Street Suite D Geneva, IL 60134 | | | | | |
| | Advanta PO Box 8088 Philadelphia, PA 19101 | | | | | |
| | Alexian Brothers 1555 Barrington Road Hoffman Estates, IL 60169 | | | | | |
| | Alexian Brothers Behavioral Health 1650 Moon Lake Blvd Hoffman Estates, IL 60169 | | | | | |
| | Alliance Laboratory LTD 8085 Rivers Avenue Suite 100 Charleston, SC 29406-5967 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Associates In Psychiatry 2050 Larkin Ave. Suite 202 Elgin, IL 60123-5899 | | | | | |
| | Bank of America PO Box 15019 Wilmington, DE 19886 | | | | | |
| | Bank of America PO box 5170 Simi Valley, CA 93062 | | | | | |
| | Best Buy PO Box 15521 Wilmington, DE 19850-5521 | | | | | |
| | Best Buy/Chase PO Box 15325 Wilmington, DE 19886-5325 | | | | | |
| | Capital One PO Box 71083 Charlotte, NC 28272-1083 | | | | | |
| | Chase | | | | | |
| | Chase PO Box 15153 Wilmington, DE 19886 | | | | | |
| | Chase PO Box 15153 Wilmington, DE 19886 | | | | | |
| | Circuit City PO Box 15325 Wilmington, DE 19886-5325 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Country Living/Hearst Magazine PO Box 6000 Harlan, IA 51593-1500 | | | | | |
| | Delnor Community Hospital 300 Randall Road Geneva, IL 60134 | | | | | |
| | Delnor Hospital PO Box 88055 Chicago, IL 60680-1055 | | | | | |
| | Dennis Lazzara DDS 1129 Randall Court Geneva, IL 60134 | | | | | |
| | Dr. Anna Trojanowska 1001 E. Wilson St. Suite 180 Batavia, IL 60510 | | | | | |
| | Dreyer Medical Clinic 1870 W. Galena Blvd. Aurora, IL 60506 | | | | | |
| | Everyday Food Magazine PO Box 62141 Tampa, FL 33662-2141 | | | | | |
| | Firestone/Credit First NA PO Box 81344 Cleveland, OH 44188-0344 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Fox Valley Childrens Medicine 1180 West Wilson Batavia, IL 60510 | | | | | |
| | Fox Valley Pain Center PO Box 6078 Elgin, IL 60121-6078 | | | | | |
| | Frys PO Box 760 Draper, UT 84020-0760 | | | | | |
| | Gastrointestinal Health Associates 302 Randall Road #308 Geneva, IL 60134 | | | | | |
| | Laboratory Physicians PO Box 10200 Peoria, IL 61612-0200 | | | | | |
| | MEA-AEA LLC PO Box 5990 Dept. 20-6003 Carol Stream, IL 60197-5990 | | | | | |
| | Menards PO Box 5243 Carol Stream, IL 60197-9918 | | | | | |
| | NTB Credit Plan Processing Center Des Moines, IA 50364-0001 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Neopath SC 520 East 22nd Street Lombard, IL 60148 | | | | | |
| | Neurosurgery & Spine Surgery 1551 Bond Street Suite 143 Naperville, IL 60563-0150 | | | | | |
| | New Hope Recovery Center 2835 N. Sheffield Ave. Suite 407 Chicago, IL 60657 | | | | | |
| | Newegg.com PO Box 105658 Atlanta, GA 30348 | | | | | |
| | OAC PO Box 371100 Milwaukee, WI 53237 | | | | | |
| | Office Depot PO Box 689020 Des Moines, IA 50368 | | | | | |
| | Sears PO Box 183082 Columbus, OH 43218 | | | | | |
| | St. Alexius Medical Center 1555 Barrington Road Hoffman Estates, IL 60169 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Streamline Capital Partners c/o Offices of Brian S. Glass, PC 7366 N. Lincoln Ave. Suite 300 Lincolnwood, IL 60712 | | | | | |
| | Superior Ambulance Service PO Box 1407 Elmhurst, IL 60126 | | | | | |
| | Tiger 800 Walnut Street F4030-04C Des Moines, IA 50309 | | | | | |
| | Tri City Radiology 825 W State Street Geneva, IL 60134 | | | | | |
| | Tri-City Ambulance PO Box 457 Wheeling, IL 60090-0457 | | | | | |
| | US Bank PO Box 790408 Saint Louis, MO 63179 | | | | | |
| | Valley Emergency Care PO Box 809239 Chicago, IL 60680-9239 | | | | | |
| | Wells Fargo PO Box 98752 Las Vegas, NV 89193 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000007 | AMERICAN EXPRESS BANK, FSB | | | | | |
| 000005 | ASSET ACCEPTANCE LLC ASSIGNEE BANK | | | | | |
| 000001 | ATLAS ACQUISITIONS LLC (HSBC BANK N | | | | | |
| 000011 | CAVALRY SPV I, LLC | | | | | |
| 000008 | DELL FINANCIAL SERVICES, LLC | | | | | |
| 000003 | DISCOVER BANK | | | | | |
| 000006 | ILLINOIS DEPARTMENT OF REVENUE BANK | | | | | |
| 000004 | IRS | | | | | |
| 000002 | MARIA ELENA FARRELL | | | | | |
| 000012 | PORTFOLIO INVESTMENTS II LLC | | | | | |
| 000013 | PORTFOLIO INVESTMENTS II LLC | | | | | |
| 000009 | PORTFOLIO RECOVERY ASSOCIATES, LLC | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000010 | PORTFOLIO RECOVERY ASSOCIATES, LLC | | | | | |
| 000014 | CREDIT FIRST NA | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 12-42851 | DRC | Judge: DONALD R. CASSLING | Trustee Name: | Elizabeth C. Berg, Succ. Trustee |
|---|---|---|---|---|---|
| Case Name: | FARRELL, TIMOTHY J. | | | Date Filed (f) or Converted (c): | 10/29/12 (f) |
| | | | | 341(a) Meeting Date: | 12/17/12 |
| For Period Ending: | 05/02/15 | | | Claims Bar Date: | 03/18/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Cash | 400.00 | 0.00 | | 0.00 | FA |
| 2. checking acct. - US Bank | 22.00 | 22.00 | | 0.00 | FA |
| 3. savings acct. - US Bank | 90.00 | 0.00 | | 0.00 | FA |
| 4. checking acct. - Chase Bank | 40.00 | 0.00 | | 0.00 | FA |
| 5. checking acct. - Chase Bank | 48.00 | 0.00 | | 0.00 | FA |
| 6. checking acct. - TFC Bank | 120.00 | 0.00 | | 0.00 | FA |
| 7. checking acct. - KCTCU | 80.00 | 0.00 | | 0.00 | FA |
| 8. Household Goods | 1,000.00 | 0.00 | | 0.00 | FA |
| 9. Wearing Apparel | 150.00 | 0.00 | | 0.00 | FA |
| 10. Jewelry | 50.00 | 0.00 | | 0.00 | FA |
| 11. Insurance Policiy - Metropolitan Life | 1,712.00 | 0.00 | | 0.00 | FA |
| 12. Insurance Policiy Met Life | 0.00 | 0.00 | | 0.00 | FA |
| 13. IRA - Met Life | 458.00 | 0.00 | | 0.00 | FA |
| 14. stock: Trust Guard Group, Ltd. | 0.00 | 0.00 | | 0.00 | FA |
| 15. 2008 Chevy Cobalt | 5,549.00 | 0.00 | | 0.00 | FA |
| 16. Office Equipment | 200.00 | 200.00 | | 0.00 | FA |
| 17. fraudulent transfer claim - Maria Farrell (u) | 0.00 | 0.00 | | 10,000.00 | FA |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $9,919.00 | $222.00 | | $10,000.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Upon case filing, Joseph Voiland was appointed as chapter 7 trustee; Trustee Voiland filed an adversary complaint

LFORM1

Ver: 18.04

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 12-42851    DRC    Judge: DONALD R. CASSLING | Trustee Name: | Elizabeth C. Berg, Succ. Trustee |
| Case Name: | FARRELL, TIMOTHY J. | Date Filed (f) or Converted (c): | 10/29/12 (f) |
| | | 341(a) Meeting Date: | 12/17/12 |
| | | Claims Bar Date: | 03/18/14 |

against the Debtor's ex--spouse to recover fraudulent conveyance (Case No. 13 A 00262); pursuant to this Court's order dated November 21, 2013, the adversary case was settled for $10,000 payable in installments; Trustee Voiland resigned in November 2014 and Ms. Berg was appointed as the successor trustee; Trustee Berg recovered the final installment payment due pursuant to the settlement of the adversary; upon receipt of all monies, the successor trustee reviewed claims and prepared the TFR

Initial Projected Date of Final Report (TFR): 06/15/14     Current Projected Date of Final Report (TFR): 04/01/15

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-42851 -DRC | Trustee Name: | Elizabeth C. Berg, Succ. Trustee |
|---|---|---|---|
| Case Name: | FARRELL, TIMOTHY J. | Bank Name: | Associated Bank |
| | | Account Number / CD #: | *******6610 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6991 | | |
| For Period Ending: | 05/02/15 | Blanket Bond (per case limit): | |
| | | Separate Bond (if applicable): | $ 50,000,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/04/14 | 17 | MARIA E. FARRELL<br>934 TIERNEY LANE<br>BATAVIA, IL 60510-3393 | SETTLEMENT - FRADULENT TRANSFER | 1241-000 | 840.00 | | 840.00 |
| 12/10/14 | | Joseph Voiland, Former Trustee<br>1625 Wing Road<br>Yorkville IL 60560 | Transfer Funds from Prior TR | 9999-000 | 9,028.21 | | 9,868.21 |
| 12/11/14 | | Transfer from Acct #*******1974 | Bank Funds Transfer<br>The $0.03 was always in account and represents an adjustment being made on account of Bank error in reporting amount of bank service fee to TR. Original entry reversed in acct no. 1974. This entry required to properly balance TR database checking account. ~JMM | 9999-000 | 0.03 | | 9,868.24 |
| 02/19/15 | 001001 | Clerk of the U.S. Bankruptcy Court<br>219 S. Dearborn Street<br>7th Floor<br>Chicago IL 60604 | Deferred Filing Fee<br>Adversary Case No. 13-00262<br>Filing Fee deferred by prior TR for fraudulent transfer adversary. | 2700-001 | | 293.00 | 9,575.24 |
| 04/09/15 | 001002 | Elizabeth C. Berg, Trustee<br>c/o Baldi Berg, Ltd.<br>20 N. Clark Street #200<br>Chicago IL 60602 | Trustee Compensation | 2100-000 | | 1,750.00 | 7,825.24 |
| 04/09/15 | 001003 | IRS<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Claim 000004A, Payment 48.64% | 5800-000 | | 7,445.79 | 379.45 |
| 04/09/15 | 001004 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, Illinois 60664-0338 | Claim 000006A, Payment 48.64% | 5800-000 | | 379.45 | 0.00 |

Page Subtotals 9,868.24 9,868.24

Ver: 18.04

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 15)

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-42851 -DRC | Trustee Name: | Elizabeth C. Berg, Succ. Trustee |
| --- | --- | --- | --- |
| Case Name: | FARRELL, TIMOTHY J. | Bank Name: | Associated Bank |
| | | Account Number / CD #: | *******6610 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6991 | | |
| For Period Ending: | 05/02/15 | Blanket Bond (per case limit): | |
| | | Separate Bond (if applicable): | $ 50,000,000.00 |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 9,868.24 | 9,868.24 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.03 | 0.00 | |
| | | | Subtotal | | 9,868.21 | 9,868.24 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 9,868.21 | 9,868.24 | |

Page Subtotals  0.00  0.00

Ver: 18.04

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 16)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-42851 -DRC | | Trustee Name: | Elizabeth C. Berg, Succ. Trustee |
|---|---|---|---|---|
| Case Name: | FARRELL, TIMOTHY J. | | Bank Name: | Associated Bank |
| | | | Account Number / CD #: | *******1974 Checking Account |
| Taxpayer ID No: | *******6991 | | | |
| For Period Ending: | 05/02/15 | | Blanket Bond (per case limit): | |
| | | | Separate Bond (if applicable): | $ 50,000,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/12/14 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 5,790.00 | | 5,790.00 |
| 03/20/14 | 17 | Maria Elena Farrell | Install - settlement fraud transf | 1241-000 | 420.00 | | 6,210.00 |
| 04/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,200.00 |
| 04/16/14 | 17 | Maria Farrell | Install - settlement fraud transf | 1241-000 | 400.00 | | 6,600.00 |
| 05/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,590.00 |
| 05/14/14 | 17 | Maria Farrell | Install - settlement fraud transf | 1241-000 | 420.00 | | 7,010.00 |
| 06/06/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.16 | 6,999.84 |
| 06/26/14 | 17 | Maria Farrell | Install - settlement fraud transf | 1241-000 | 420.00 | | 7,419.84 |
| 07/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.45 | 7,409.39 |
| 07/16/14 | 17 | Maria Elena Farrell | Install - settlement fraud transf | 1241-000 | 420.00 | | 7,829.39 |
| 08/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 11.32 | 7,818.07 |
| 09/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 11.62 | 7,806.45 |
| 09/11/14 | 17 | Maria Farrell | Install - settlement fraud transf | 1241-000 | 420.00 | | 8,226.45 |
| 09/11/14 | 17 | Maria Farrell | Install - settlement fraud transf | 1241-000 | 420.00 | | 8,646.45 |
| 10/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 12.04 | 8,634.41 |
| 10/16/14 | 17 | Maria Farrell | Install - settlement fraud transf | 1241-000 | 420.00 | | 9,054.41 |
| 11/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 13.16 | 9,041.25 |
| * 12/05/14 | | ASSOCIATED BANK | December 2014 Bank Fees  Reversed due to bank error in reporting amount of service fee. Actual fee = $ 13.01. Corrected bank fee posted on 12/11/14. ECB | 2600-003 | | 13.04 | 9,028.21 |
| 12/10/14 | 003001 | Elizabeth C. Berg  Successor Trustee  20 N. Clark St. #200  Chicago IL 60603 | Transfer Funds to Successor TR | 9999-000 | | 9,028.21 | 0.00 |
| 12/11/14 | | ASSOCIATED BANK | December 2014 Bank Fees  Transaction is correcting the original $13.04 that was posted to TR's database as $13.01. The actual amount | 2600-000 | | 13.01 | -13.01 |

Page Subtotals       9,130.00       9,143.01

Ver: 18.04

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 17)*

FORM 2

Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 12-42851 -DRC | | Trustee Name: | Elizabeth C. Berg, Succ. Trustee |
| Case Name: | FARRELL, TIMOTHY J. | | Bank Name: | Associated Bank |
| | | | Account Number / CD #: | *******1974 Checking Account |
| Taxpayer ID No: | *******6991 | | | |
| For Period Ending: | 05/02/15 | | Blanket Bond (per case limit): | |
| | | | Separate Bond (if applicable): | $ 50,000,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 12/11/14 | | Reverses Adjustment OUT on 12/05/14 | of bank service fee for December 2014 was $13.01 but erroneously reported by Bank to TR as $13.04. This entry corrects prior reversed entry of 12/5/14. ECB<br>December 2014 Bank Fees<br>Associated Bank originally advised bank fee was $13.04 when it actually was $13.01. Reversing this entry and entering correct bank service fee to balance out the accounts in TCMS. ~JMM 12/11/14 | 2600-003 | | -13.04 | 0.03 |
| 12/11/14 | | Transfer to Acct #*******6610 | Bank Funds Transfer<br>The $0.03 was always in account and represents an adjustment being made on account of Bank error in reporting amount of bank service fee to TR. Original entry reversed in acct no. 1974. This entry required to properly balance TR database checking account. ~JMM | 9999-000 | | 0.03 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 9,130.00 | 9,130.00 | 0.00 |
| Less: Bank Transfers/CD's | 5,790.00 | 9,028.24 | |
| Subtotal | 3,340.00 | 101.76 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 3,340.00 | 101.76 | |

Page Subtotals       0.00       -13.01

Ver: 18.04

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 18)*

Page: 5

Exhibit 9

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 12-42851 -DRC | | Trustee Name: | Elizabeth C. Berg, Succ. Trustee |
|---|---|---|---|---|
| Case Name: | FARRELL, TIMOTHY J. | | Bank Name: | UNKNOWN BANK |
| | | | Account Number / CD #: | *******0465 Checking Account |
| Taxpayer ID No: | *******6991 | | | |
| For Period Ending: | 05/02/15 | | Blanket Bond (per case limit): | |
| | | | Separate Bond (if applicable): | $ 50,000,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/12/13 | 17 | Maria Elena Farrell | Install - settlement fraud transf | 1241-000 | 5,000.00 | | 5,000.00 |
| 01/31/14 | | cb | bank service fee | 2600-000 | | 10.00 | 4,990.00 |
| 02/04/14 | 17 | Maria Elena Farrell | Install - settlement fraud transf | 1241-000 | 420.00 | | 5,410.00 |
| 02/26/14 | 17 | Maria Elena Farrell | Install - settlement fraud transf | 1241-000 | 400.00 | | 5,810.00 |
| 02/28/14 | | cb | bank service fee | 2600-000 | | 10.00 | 5,800.00 |
| 03/11/14 | | cb | bank service fee | 2600-000 | | 10.00 | 5,790.00 |
| 03/12/14 | | Trsf To Associated Bank | FINAL TRANSFER | 9999-000 | | 5,790.00 | 0.00 |

|   |   |   |
|---|---|---|
| COLUMN TOTALS | 5,820.00 | 5,820.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 5,790.00 | |
| Subtotal | 5,820.00 | 30.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 5,820.00 | 30.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account (Non-Interest Earn - ********6610 | 9,868.21 | 9,868.24 | 0.00 |
| Checking Account - ********1974 | 3,340.00 | 101.76 | 0.00 |
| Checking Account - ********0465 | 5,820.00 | 30.00 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 19,028.21 | 10,000.00 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     5,820.00     5,820.00

Ver: 18.04

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 19)*